UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| All-Ways Forwarding Int'l, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Townley, Inc., <br><br> Defendant. | Case No. 1:22-cv-01126-JPC <br><br> STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties in the above-captioned action, by and through their undersigned counsel, that, pursuant to a settlement agreement among the parties, the above-referenced action, including all claims and counterclaims set forth therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorneys' fees as related to this action.

Dated: New York, New York

April 29, 2022

LANE POWELL PC

By: _____
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.223.7718
Steven W. Block
Email: blocks@lanepowell.com
*Attorney for Defendant*

LAZARUS & LAZARUS, P.C.

By: _____
240 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: 212.889.7400
Harlan M. Lazarus
Email: hlazarus@lazarusandlazarus.com
*Attorney for Plaintiff*

SO ORDERED.

Date:   May 2, 2022
        New York, New York

_____
JOHN P. CRONAN
United States District Judge